UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In the Matter of the Application of
_____Cara Gardner_____,

for Special Temporary Admission to the Bar of the United States District Court for the District of Puerto Rico as an Attorney for the United States Government pursuant to Local Civil Rule 83A(e)

Misc. No. 23- 626 ( RAM )

## Application for Special Temporary Admission and CM/ECF Registration

In accordance with Local Rule 83A(e), I am applying for special temporary admission to the Bar of the United States District Court for the District of Puerto Rico. In support of this application, I certify that I am an active member in good standing with the ____District of Columbia____ State Bar; that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the local rules of this Court, and the American Bar Association's Model Rules of Professional Conduct.

### PERSONAL DATA

- Name:

  | Gardner | Cara | A. | |
  |---|---|---|---|
  | (Last Name) | (First Name) | (MI) | (Suffix) |

- Puerto Rico/other State Bar ID Number:  ____DC bar: 1003793____

- Agency Affiliation:  ____Commodity Futures Trading Commission____

- Mailing Address:  ____1155 21st Street NW____

  City: __Washington__   State: __DC__   Zip Code: __20581__

  Phone Number: __202-557-5793__   FAX Number: _____

- Email Address: ____cgardner@cftc.gov____

- Date of Birth: __08/23/83__

### EDUCATION

Undergraduate School: __University of North Carolina at Chapel Hill__   Year Graduated: __2005__

Graduate School: _____   Year Graduated: _____

Law School: __University of North Carolina School of Law__   Year Graduated: __2009__

## BAR ADMISSIONS INFORMATION

☐ Date Admitted to the Puerto Rico Bar: _____

☒ If not admitted in Puerto Rico, list other State Bar admission(s), date(s) of admission(s), and Bar ID Number(s):

_____DC Bar, Date of Admission 10/3/2011, Bar ID number 1003793_____

_____

_____

☒ Other Federal Court admission(s), date of admission(s), and Bar ID Number(s):

_____U.S. District Court for DC, Date of Admission: 01/19/2021, ID number  7556331_____

_____

_____

## CERTIFICATE OF DISCIPLINARY ACTIONS

☒ I am not now, nor have I ever been subject to any disciplinary action by the Puerto Rico Bar or any other state bar in which I am a member.

☐ I am currently or have been subject to disciplinary action, and I have been reinstated or applied for reinstatement (attach a copy of the reinstatement order and/or application).

## CM/ECF REGISTRATION

I acknowledge that, upon approval of this application, I will request e-Filing access to the Court's Case Management/Electronic File system (NextGen) for the U.S. District Court of Puerto Rico pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5, by following the step-by-step procedure detailed in the URL link below:

https://www.prd.uscourts.gov/sites/default/files/20211130-CMECFNG-How-to-Request-eFiling-Access.pdf

12/14/23                                    _[signature]_

_____          _____
Date                                            Signature

# CERTIFICATION IN SUPPORT OF APPLICATION

In accordance with the requirements of Local Civil Rule 83A(e)(3), I certify that I am personally acquainted with the applicant for special temporary admission, I know the applicant to be of good moral character and otherwise competent and eligible to be admitted to practice before the bar of the United States District Court for the District of Puerto Rico as an attorney employed or retained by the United States or its agencies and/or as a representative of the United States or any of its officer or agencies in an official capacity.

Dated this ___14th___ day of ___December___, ___2023___.

_____
Signature

Name: Aimée Latimer-Zayets
Title: Chief Trial Attorney, Division of Enforcement
Agency: Commodity Futures Trading Commission
Agency's Name and Address: 1155 21st Street NW
Washington, DC 20581

Telephone Number: 202-418-7626

Application for Special Admission for Government Attorneys

Rev. Nov. 2021